UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHIA IONE THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:16-cv-2060 DB<br><br><br><u>ORDER TO SHOW CAUSE</u> |

On June 5, 2017, the parties filed a proposed stipulated extension of time. (ECF No. 14.) On June 6, 2017, the parties' stipulation was granted and plaintiff's motion for summary judgment and/or remand was ordered to be filed by July 2, 2017. (ECF No. 15.) The July 2, 2017 deadline has long passed, and plaintiff has failed to file a motion for summary judgment and/or remand.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show good cause in writing, within fourteen days of the date of this order, for failing to file a timely motion for summary judgment.

Dated: October 3, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE