Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com

Attorneys for Plaintiff,
    NATASHIA THOMAS

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND ROTH, CSBN 214624
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8924
Facsimile: (415) 744-0134
Email: armand.roth@ssa.gov

Attorneys for Defendant,
    NANCY A. BERRYHILL,
    Acting Commissioner of Social Security,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHIA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-2060 DB<br><br>STIPULATION AND ORDER RE: ATTORNEYS FEES |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff, NATASHIA THOMAS, be awarded attorney fees in the amount of Five Thousand Dollars and no cents ($5,000.00) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services

1

STIPULATION      No. 2:16-cv-2060 DB

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider (i) Plaintiff's assignment to counsel, Robert C. Weems. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Robert Weems, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel, Robert Weems.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Robert Weems including Weems Law Offices may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Robert Weems and/or Weems Law Offices to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

SO STIPULATED AND AGREED:

Dated: June 28, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND ROTH, CSBN 214624
Special Assistant United States Attorney

*/s/Armand Roth*
ARMAND ROTH, Attorneys for Defendant

Dated: June 28, 2018          WEEMS LAW OFFICES

*/s/Robert C. Weems*
Robert C. Weems, Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 28, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\thomas2060.stip.eaja.ord